RECEIVED
JAN 0 3 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| HAROLD JOE BLACK | CIVIL ACTION NO. 05-2187-P |
| VERSUS | JUDGE HICKS |
| WARDEN, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

Considering the foregoing motion for expenses and sanctions, Doc. #47, and motion for entry of default, Doc. #48,

**THEY ARE HEREBY ORDERED DENIED.** The Respondent answered the Petitioner's application within the time extensions granted by the Court.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 28 day of December 2006.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE