UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| HAROLD JOE BLACK | CIVIL ACTION NO. 05-2187-P |
| VERUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN, ET AL. | MAGISTRATE JUDGE HORNSBY |

### ORDER

Before the Court is Petitioner Harold Joe Black's ("Petitioner") Motion for Reconsideration (Record Document 67). Petitioner asks the court to reconsider its ruling on a magistrate appeal relating to his motion for expenses and sanctions and his motion for entry of default, both of which were denied. In support of his Motion for Reconsideration, Petitioner appears to have included arguments relating to the merits of his case, namely his ineffective assistance of counsel claim. Such arguments simply are not relevant to this court's ruling on the issue of expenses, sanctions and entry of default. Again, Petitioner has not demonstrated that the Respondent failed to file an answer within the time extensions granted by the court and/or that all claims were not answered by the State of Louisiana.

Accordingly,

**IT IS ORDERED** that Petitioner Harold Joe Black's Motion for Reconsideration (Record Document 67) be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 26th Day of March, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE