UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| HAROLD JOE BLACK | CIVIL ACTION NO. 05-2187 |
| versus | JUDGE HICKS |
| WARDEN, ALLEN CORRECTIONAL CENTER | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

Petitioner has filed a **Motion to Obtain Exhibits (Doc. 62)** that asks for duplicates of audio cassettes, a **Motion to Obtain Voice Analysis Identification (Doc. 69)**, and a **Motion for Transcription of Voir Dire (Doc. 70)**. Each of the motions is **denied without prejudice**. As the court reviews the merits in this extraordinarily and unduly complicated habeas corpus proceeding, it will consider whether the requested forms of relief should be granted.

Plaintiff has also filed a **Motion for Status on Release (Doc. 74)** that asks for immediate release and inquires why a decision has not been issued. The requested relief is not available until the merits have been fully reviewed, so the motion is **denied**. Each additional filing by Petitioner simply further delays the ultimate resolution on the merits that Petitioner desires. Petitioner filed a similar **Motion for Release (Doc. 77)** that requests immediate release from incarceration. That motion is also **denied**.

Finally, Petitioner has filed a **Motion for Writ of Mandamus (Doc. 83)** that asks the court to order the state to demonstrate retroactivity of a state law, failing which Petitioner be

released. The motion is **denied**. The court will review, consider and write an opinion regarding each of the properly exhausted issues that Petitioner has presented in this habeas corpus proceeding. If the issues presented in the Motion for Writ of Mandamus are included therein, they will be addressed in due course.

      THUS DONE AND SIGNED at Shreveport, Louisiana, this 11th day of September, 2007.

                                                         MARK L. HORNSBY
                                      UNITED STATES MAGISTRATE JUDGE