UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| HAROLD JOE BLACK | CIVIL ACTION NO. 05-2187-P |
| VERUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN, ET AL. | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court is a Motion for Court Order Not to Transfer (Record Document 109) filed by Petitioner, Harold Joe Black. Relying upon "Federal Rule 23(a)," Petitioner asks the Court to order the warden not to transfer him, unless concerning his immediate release. Id. Petitioner does not provide the text of "Rule 23(a)." Id. The Court has reviewed Federal Rule of Civil Procedure 23, Federal Rule of Criminal Procedure 23, and the rules governing habeas corpus cases under Section 2254 and found no support for Petitioner's argument. Petitioner has failed to point to any other legal authority for his request.

Accordingly,

**IT IS ORDERED** that Petitioner Harold Joe Black's Motion for Court Order Not to Transfer (Record Document 109) be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 22nd day of April, 2009.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE