UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| HAROLD JOE BLACK | CIVIL ACTION NO. 05-2187 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN, ALLEN CORRECTIONAL CENTER | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

Before the Court is the Report and Recommendation (Record Document 104) of the Magistrate Judge, recommending that the petition for writ of habeas corpus be denied, and that the Petitioner's complain be dismissed with prejudice. Petitioner filed lengthy objections to the Report and Recommendation (Record Document 111). He also filed a "Motion to Demonstrate Exhausted & Both Bill of Information[s] Crime/HFC Uruge [sic] in Filing" (Record Document 108) and a "Motion to Inform of Unaddressed Claims" (Record Document 115). The Court reviewed these filings and construed both as additional objections to the Report and Recommendation.

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED**, and Petitioner's complaint is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Petitioner's "Motion to Consider Parole Habeas with Criminal" (Record Document 116) and "Motion for his Court Order, Release the

Petitioner His Own Personal Recognizance, With or Without Surety" (Record Document 117) be and are hereby **DENIED**.

  **THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 18th day of May, 2009.

                       _____
                        S. MAURICE HICKS, JR.
                        UNITED STATES DISTRICT JUDGE